UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 13-22982-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

SERGIO PAOLO DE MARCHIS
XXX-XX-6934

DEBTOR_____/

**OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE
OF COURT GENERATED HEARING**

IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | 7 |
| **Claimant:** | Cerastes, LLC |
| **Reason:** | The Proof of Claim is a duplicate of a previously filed Proof of Claim. |
| **Disposition:** | Sustain Objection and disallow claim. |

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed below this 18th day of August, 2014.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

OBJECTION TO CLAIM
CASE NO.:  13-22982-BKC-RBR

**COPIES FURNISHED TO:**

**DEBTOR**
SERGIO PAOLO DE MARCHIS
305 N POMPANO BCH BLVD #102
POMPANO BEACH, FL  33062

**ATTORNEY FOR DEBTOR**
ROBERT J. BIGGE, JR., ESQUIRE
BIGGE & RODRIGUEZ, P.A.
915 MIDDLE RIVER DRIVE
SUITE 401
FORT LAUDERDALE, FL  33304

**CREDITOR**
Cerastes, LLC
C/O Weinstein and Riley, PS
Po Box 3978
Seattle,  WA  98124

**ADDITIONAL CREDITORS**
CERASTES, LLC
C/O WEINSTEIN AND RILEY PS
2001 WESTERN AVENUE
SUITE 400
SEATTLE, WA  98121